NEW YORK STATE
DIVISION OF HUMAN RIGHTS

---

NEW YORK STATE DIVISION OF
HUMAN RIGHTS on the Complaint of

LYNDA M. DERFERT,

                             Complainant,

               v.

CHARTER COMMUNICATIONS, INC.,

                             Respondent.

VERIFIED COMPLAINT
Pursuant to Executive Law,
Article 15

Case No.
**10195081**

---

I, Lynda M. Derfert, residing at 212 Como Park Boulevard, Cheektowaga, NY, 14227, charge the above named respondent, whose address is 12405 Powerscourt Drive, Saint Louis, MO, 63131 with an unlawful discriminatory practice relating to employment in violation of Article 15 of the Executive Law of the State of New York (Human Rights Law) because of arrest record, conviction record.

Date most recent or continuing discrimination took place is 11/9/2017.

SEE ATTACHED

## New York State Division of Human Rights
## Employment Complaint Form

RECEIVED

JUN 1 1 2018

NYSDHR BUFFALO
REGIONAL OFFICE

**1. Your contact information:**

| First Name | Middle Initial/Name |
|---|---|
| LYNDA | M |

Last Name
DERFERT

| Street Address/ PO Box | Apt or Floor #: |
|---|---|
| 212 COMO PARK BOULEVARD | |

| City | State | Zip Code |
|---|---|---|
| CHEEKTOWAGA | NEW YORK | 14227 |

**2. Regulated Areas:** You believe you were discriminated against in the area of:

- ☒ Employment *(including paid internship)*
- ☐ Apprentice Training
- ☐ Internship *(unpaid only)*
- ☐ Volunteer Firefighting *(excludes disability, age, domestic violence victim status, arrest, conviction, genetic history)*
- ☐ Labor Organization
- ☐ Employment Agencies
- ☐ Licensing

**3. You are filing a complaint against:**

Employer Name CHARTER COMMUNICATIONS/ SPECTRUM

Street Address/ PO Box
3875 UNION ROAD

| City CHEEKTOWAGA | State NEW YORK | Zip Code 14227 |
|---|---|---|

Telephone Number: (716) 558 -8971
( 716 ) 270-1509 /(716) 558 -8972 Ext.

In what *county or borough* did the violation take place?

ERIE COUNTY

Individual people who discriminated against you:

Name: MELISSA WILCOX          Title: _____

Name: (SID INFORMATION SERVICES          Title: _____
GENERAL

If you need more space, please list them on a separate piece of paper.

**4. Date of alleged discrimination** *(must be within one year of filing):*

The most recent act of discrimination happened on:

| 11 | 9 | 2017 |
|---|---|---|
| month | day | year |

**5. For employment and internships, how many employees does this company have?**

☐1-3     ☐ 4-14     ☐ 15-19     ☒ 20 or more     ☐ Don't know

**6. Are you currently working for this company?**

| ☐ Yes.  Date of hire: | _____ _____ _____ | What is your position? |
|---|---|---|
| | month   day   year | |
| ☐ No.  Last day of work: | _____ _____ _____ | What was your position? |
| | month   day   year | |
| ☒ I was never hired. | Date of application: SEPT. 19 2017 | What position did you apply for? |
| SEE ATTACHMENT #5 FOR ADDITIONAL DATES | month   day   year | CUSTOMER SERVICE REPRESENTATIVE |

## Additional Information

*This page is for the Division's records and **will remain confidential and will not be sent to the company or person(s) whom you are filing against**.*

| 1. Contact Information | |
|---|---|
| My primary telephone number: (716) 254-8101 | My secondary telephone number: (716) 235-7294 |
| My email address: hayleylynn2000@yahoo.com | Date of birth: 11/20/1968 |

Contact person: (*Someone who does not live with you but will know how to contact you if the Division cannot reach you*)

Name: LEE OOSTERHOUDT

Telephone number: (716) 997-0971

Address: 2519 WILLIAM ST, CHEEKTOWAGA, NY 14206

Email address: N/A

Relationship to me: FRIEND

### 2. Special Needs

I am in need of:

☐ Interpretation (if so what language?): _____

☐ Accommodations for a disability: _____

☐ Privacy.  Keep my contact information confidential as I am a victim of domestic violence

☐ Other: _____

### 3. Settlement / Conciliation

To settle this complaint, I would accept: (*Explain what you want to happen as a result of this complaint. Do you want a letter of apology, your job back, lost wages, an end to the harassment, etc.?*)

LOST WAGES FROM THE DATE I WAS ACCEPTED A JOB OFFER ON OCTOBER 17, 2017 UNTIL THE DATE OF NOVEMBER 9 2017 WHEN THEY TOLD ME MY OFFER WAS RESCINDED. I COULD'VE HAD OTHER EMPLOYMENT.

### 4. Witnesses (*information about witnesses may be shared with the parties as necessary for the investigation*)

The following people saw or heard the discrimination and can act as witnesses:

Name: _____     Title: _____

Telephone Number: ( ) _____ - _____     Relationship to me: _____

What did this person witness?

_____

_____

Name: _____     Title: _____

Telephone Number: ( ) _____ - _____     Relationship to me: _____

What did this person witness?

_____

_____

_____

**5. Did you report or complain about the discrimination to someone else?** ☐ Yes   ☐ No

**If yes, how exactly did you complain about the discrimination?** *(To whom did you complain?)*

**Date you reported or complained about discrimination:** _____ ____ ____
month    day    year

**What happened after you complained?**

**If you did not report the discrimination, please explain why:**

I COULD NOT GET IN CONTACT WITH ANYBODY. I HAVE LEFT
NUMEROUS PHONE MESSAGES, HOWEVER, I HAVE NOT
RECEIVED ANY RETURN CALLS.

**6. Were other people treated the same as you? How?**
*(For example, people who were harassed by the same manager, disciplined or terminated for the same reasons, did not receive an accommodation for the same reasons, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

**7. Were other people treated better than you? How?**
*(For example, people who were not fired for doing the same thing you were fired for, people who were doing the same job but making more money, etc.).*
*If you are complaining about discrimination relating to race, national origin, age, religion, etc. please describe their races, national origins, religions, etc.*

## Spectrum

Job search    Spectrum Careers    Candidate Zone ∧    Sign Out

← Back

**ATTACHMENT #5**


    Hello, Lynda Derfert!

Jobs    Applications (4)

## Saved Applications ∨

## Submitted Applications (4) ∧

---

Customer Service Rep

United States · New York · Cheektowaga
Full Time
Rep 1, Cust Svc Video Repair

Status: Applied · 16-Mar-2018

---

Customer Service Rep

United States · New York · Cheektowaga
Full Time
Rep 1, Cust Svc Video Repair

Status: No longer under consideration for this position ·
09-Feb-2018

---

Customer Service Rep

United States · New York · Cheektowaga
Full Time
Rep 1, Cust Svc Video Repair

Status: No longer under consideration for this position ·
18-Jan-2018

---

Technical Support Representative - Inter...

United States · New York · Buffalo
Full Time
Rep 1, Cust Svc Internet/Voice

Status: No longer under consideration for this position ·
18-Jan-2018

---

In addition to my original application on Sept. 19, 2017,
I also applied on Nov. 9, 2017
Dec. 3, 2017
Jan. 18, 2018
Feb. 5, 2018
Mar. 16, 2018

**7. Basis of alleged discrimination**:

Check **_ONLY_** the boxes that you believe were the reasons for discrimination. Please look at page 2 of "Instructions" for an explanation of each type of discrimination.

| | |
|---|---|
| ☐ **Age**:<br>Date of Birth: _____ | ☐ **Military Status**:<br>☐ Active Duty ☐ Reserves |
| ☒ **Arrest Record** *(resolved in your favor or youthful offender record or sealed conviction record)* | ☐ **National Origin**:<br>Please specify: _____ |
| ☒ **Conviction Record** ? | ☐ **Predisposing Genetic Characteristic**:<br>Please specify: _____ |
| ☐ **Creed/ Religion**:<br>Please specify: _____ | ☐ **Pregnancy-Related Condition**:<br>Please specify: _____ |
| ☐ **Disability**:<br>Please specify: _____ | ☐ **Race/Color or Ethnicity**:<br>Please specify: _____ |
| ☐ **Domestic Violence Victim Status** | ☐ **Sexual Orientation**:<br>Please specify: _____ |
| ☐ **Familial Status**:<br>Please specify: _____ | ☐ **Sex**:<br>Please specify: _____<br>Specify if the discrimination involved:<br>☐ Pregnancy ☐ Gender Identity ☐ Transgender Status<br>☐ Sexual Harassment |
| ☐ **Marital Status**:<br>Please specify: _____ | |

If you believe you were treated differently after you filed or helped someone file a discrimination complaint, participated as a witness to a discrimination complaint, or opposed or reported discrimination due to any category above, check below:

☐ **Retaliation**: How you did you oppose discrimination: _____

**8. Acts of alleged discrimination**: *What did the person/company you are complaining against do? Check all that apply*

| | | | |
|---|---|---|---|
| ☒ Refused to hire me | ☐ Denied me an accommodation for my disability or pregnancy-related condition | ☐ Denied me leave time or other benefits | ☐ Harassed/ intimidated me (other than sexual harassment) |
| ☐ Fired me/laid me off | ☐ Denied me overtime benefits | ☐ Sexually harassed or intimidated me | ☐ Did not call back after lay-off |
| ☐ Demoted me | ☐ Paid me a lower salary than other co-workers doing the same job | ☐ Gave me different or worse job duties than other workers doing the same job | ☐ Denied me services/treated differently by employment agency |
| ☐ Suspended me | ☐ Denied me an accommodation for my religious practices | ☐ Gave me a disciplinary notice or negative performance review | ☐ Unlawful inquiry, or limitation, specification or discrimination in job advertisement |
| ☐ Denied me training | ☐ Denied me promotion/ pay raise | ☐ Denied a license by a licensing agency | ☐ Other: |

**9. Description of alleged discrimination**

*Tell us more about each act of discrimination that you experienced. Please include dates, names of people involved, and explain why you think it was discriminatory. TYPE OR PRINT CLEARLY.*

SEE ATTACHED HAND WRITTEN PAGES 1-13
INCLUDING FOOTNOTES (#1-13)

ATTACHMENT #1
⎰ EMAIL CORRESPONDENCE REFERRING
ATTACHMENT #2 ⎱ TO THE ABOVE FOOTNOTES

ATTACHMENT #3 - REQUIRED DRUG SCREEN VERIFICATION

ATTACHMENT #4 - MY RIGHTS TO A WRITTEN
STATEMENT UPON DENIAL OF EMPLOYMENT.

*If you need more space to write, please continue writing on a separate sheet of paper and attach it to the complaint form.* **DO NOT WRITE IN THE MARGINS OR ON THE BACK OF THIS FORM.**

## 9. DESCRIPTION OF ALLEGED DISCRIMINATION   (con't)

On Tuesday, September 19, 2017, I applied to
Spectrum/Charter Communications for a
Customer Care Position, starting November 6,
2017 at $13.05/hour. The hours were to be
11am-7:30pm for 6 weeks training Mon-Fri.
Then 5 days a week from 4pm-12$\frac{30}{}$am. I
was contacted by Melissa Wilcox to come
in for an interview on Friday, October 13
at 9:00am. I attended the interview and
was contacted later and I was told I
was accepted for the position. At that
time I was I needed to perform the
pre-hire activities as instructed online.

On Tuesday, October 17, 2017, I received
9 seperate emails from Spectrum/onboarding,
instructing me to complete the following
information as stated in those emails.
The two pertinent emails were sent at
10:43am, stating "CONGRATULATIONS,
WELCOME TO CHARTER" and at 12:05pm,
stating "CHARTER OFFER LETTER". They
stated the job offer was contingent on
successful completion of a background
check and a drug screen within 48 hours.

I did successfully complete the information requested for the background check and I did complete the drug screen within the 48 hours. The background check information was completed immediately after receiving the email on October 17 and the drug screen was completed on October 19.

**SEE ATTACHMENT #3**

By the following week, I tried a few times to call Melissa to inquire as the status of my background check. When I did get a response, she notified me that I must contact General Info Services to find out the status. I received an email from GIS stated my background check is in process and they requested it be expedited and they will notify the employer when completed.

However, it was only a few days before my start date on November 6, and I still haven't heard anything. It wasn't until November 2, 2017 that I received an email from Spectrum/Charter stating "NEW HIRE" and an ID CARD was needed for access on my first day which was 2 business days

from when the email was sent. It requested that I download a photo of myself to print the ID Card. Therefore, I only had one day to accomplish this before starting Monday. I immediately called Melissa to explain I couldn't download a picture because I do not own or have access to a computer and asked if I could bring her a photo and download it at the office. She had called me back and informed me the background check was still not back yet. I told her, there's only one more day before I start, what is going to happen? She again told me, they do not know and I have to contact GIS again. So, I did call GIS and left messages.

On Friday, November 3, 2017, I received an email from GIS stating they completed the background check on October 30, and sent it to Spectrum then. and said they should have had it since October 30, 2017.

On Friday, November 3 after receiving
the information from 615, I tried to
contact Melissa a few times, leaving
messages regarding the information
615 told me. Melissa finally returned
my call and she said "I'm sorry, I've
been notified by 615 that you won't
be able to start working on Monday."
I asked her "WHY" and she replied
"We aren't told why, 615 just tells
us that someone is eligible or not
for employment with us". "You will
have to contact 615 to find out why"
I asked her what showed on the
background check because I answered
the questions on it and stated I had
a Felony for Attempted Robbery and I
was honest about that. She said, she
doesn't know what showed up and again
told me I must contact 615 myself.
Therefore, I immediately called 615 and
inquired why they told Spectrum I
was not eligible for employment. They
replied "We cannot tell an employer
to hire or not hire someone. That is

that in our power to make such a
decision. It is entirely the employer
that makes a decision to hire or not
hire somebody. All we do is perform
the checks requested by an employer
and return the results back to
that company.

I had tried calling Melissa
several more times that day and
explain what GIS had told me, but
she never returned my calls.

Therefore, I am now really confused.
Because at this point, I have no
idea why I cannot be hired for this
position. I've been waiting a month and
a half to begin working. Spectrum
says GIS made the decision and GIS
Spectrum tells me I cannot be hired.

Once again, I contacted GIS to ask
what the background check consists
of. They had sent me a copy of the
results a few days later. I noticed
it stated a Class A Misdemeanor/
Petit Larceny showed up and said
I failed to Disclose 1 Criminal Charge.

However, I did disclose that I had a Felony-Attempted Robbery in my past. Obviously, when completing the information requested on the original questionnaire for the background check, I assumed I answered the questions honestly and truthfully to the best of my knowledge. If I had been honest enough to state the fact I had an Attempted Robbery - Class E Felony, why would I fail to disclose a lesser charge of a minor Petit Larceny misdemeanor? Obviously, I didn't understand the question asked of me during the background application process. I either thought I only had to state any felonies or state only crimes I have been convicted of. As I remembered, the Petit Larceny charge was dismissed in my favor as an ACD, which was discharged providing I do not get in any trouble in the next year. In my eyes, the case was dismissed, with community service.

In addition, for the past few

months, I have been requesting a
criminal background history from an
Attorney, Frank LoTempio III, just for
this specific reason. So, I do not
fabricate anything and I have all
my information correctly entered on
ANY job application.

Regardless, I felt I entered the
background check information correctly.
In addition, on numerous occasions,
I have tried to reapply to Spectrum
just to get to the section where it
asks about your criminal history. To
no avail, I could not locate that
section anywhere. I'm pretty sure
what information is requested after
you are hired. Which brings me back
to the misleading statement in which
caused me to file this complaint, the
original email stating " CONGRATULATIONS,
WELCOME TO CHARTER" and the "CHARTER
OFFER LETTER" and this offer is contingent
on successful "completion" of a background
check and a drug screen. Ins which I
completed BOTH.

let didn't state "contingent upon the "RESULTS" of a completed background check, just that it was completed. And again, I did not hide any criminal charges, there isn't any reason I would have to hide a simple misdemeanor if I'm disclosing I was convicted of a Felony.

Regardless, neither GIS or Spectrum provided a reason of any kind as to why I did not get hired. I'm just ASSUMING the criminal history is the reason. Besides Melissa telling me in our last phone conversation on Friday, November 3, 2017 that she cannot give me a reason as to why I'm denied employment, It wasn't until November 9, 2017 that I recived an email from Spectrum stating "OFFER RESCINDED", however that email didn't state an explaination for my denial of employment, either. **SEE ATTACHMENT #4** After receiving that email, I tried calling Melissa once again, but had to leave a message and still no response.

(5)

Furthermore, I don't feel that is the only reason I've been discriminated against. Since the job has been rescinded, I immediately tried to contact Melissa many times to ask about re-applying. I wanted to know if I was even eligible to re-apply and if so, was there a waiting period? Could I apply for a different position? I left many messages, however I didn't receive any call backs. Therefore, due to the fact that I never found out why I was not hired and never told if I could apply again, I took it upon myself and applied again. In fact, I have applied FOUR more times. And the following will explain why I feel more discrimination has taken place regarding me trying to gain employment with Spectrum/Charter. On November 9, December 4, January 18, 2017 and February 5, 2018 are the dates I have tried to apply for a position with Spectrum/Charter Communications.

PAGE 16

When I applied on November, 9, 2017 ④
I recived an email from Spectrum
at 11:14pm. It stated "Thank you
for applying, you must complete an
assessment within 48 hours". Well,
it wasn't even 12 hours later I
received an email from Spectrum. It
was November 10 ⑦ at only 10:08 AM. It
stated, "Completion of Assesment is
required, therefore, we are unable to
move you forward in the selection
process." So, why didn't I get the
48 hours to complete the assessment?
   December 3, 2017 ⑧ I applied again
and this time completed an assessment
and received an email stating, "Thank
you for completing the assessment" But
then nothing after that.
   Therefore, I applied once again
for Customer Support Representative
on January 10, 2018. ⑨ Again, I was
pronted to complete an assessment in
48 hours. Again, I completed The
assessment for this position.

PAGE 11

(10)

On January 18, 2018, I received an email from Spectrum stating, "Upon reviewing your resume, we found that you do not meet the minimum qualifications required to perform this position."

The requirements posted in the job advertisement were HS Diploma, Call Center experience, Knowledge of Operating Systems, online services, browsers and mobile device apps. Willingness to field customer phone calls for 8 hours. Understand WIFI networks and easily communicate with customers and to other departments over the phone.

I do have a HS Diploma, I have 3 years Call Center experience and over 15 years Customer Service Relations and working with the public. I have no problem working with customers for 8 hours a day, because I truly love helping and assisting others. In addition, if I were asked to an interview, they would have found out my knowledge of many various

types of operating systems. As far
as online services, browsers and
mobile device apps, and WIFI networks,
I probably know more about those
than most. However, my previous
jobs stated on my resume weren't
the priority job functions as the
duties and responsibilities entered
as most important. Though, in an
interview, they could have found
that out. In addition, the job
posting specifically states that
the list above is not intended to
a list of all duties, responsibilities
or SKILLS that may be required
of individuals in this position.
    However, with that being said,
I figured I would attempt to
apply one final time for a position
with Spectrum. So, once again on
February 5, 2018, I applied for the
Rep 1, Customer Service Video Repair
position. I was instructed to
complete the assessment, however
when I attempted to complete

the required assessment, I then
received a response saying, "You
have completed the assessment and
you are officially recorded in our
system. Needless to say, I have
not heard any response from that
application either.

Therfore, I attempted to apply
one last final time on March 16,
2018. Upon completing the required
assessment, I recieved the same
message as the prior application.
It stated "You have completed
the assessment and are recorded in
our system. It wasn't until 12 days
later on March 28, 2018 that I
received an email stating "Our
records indicate that you did not
compete the assessment required in
order to be considered for this role.
Therefore, we are unable to move
you forward in the selection process."

delete | Spam | Actions ▾ | Apply

Select All | Date ▾ | Descending Order ▾ | Apply | << < 2

| Discover Card<br>Sponsored | Discover CashBack Match™<br>No-annual-fee Discover It® cash back. See | | ☀ |
|---|---|---|---|
| CharterCommuni... | RE: Geninfo.com Form Submission \| Applicant | | Mon, 10/30/17 🗑 |
| Onboarding- | Message From Charter Communications | | Sat, 10/28/17 🗑 |
| Onboarding- | Important Notification | | Sat, 10/28/17 🗑 |
| Wilcox, Melissa | RE: Acceptace Notrfication | | Mon, 10/23/17 🗑 |
| Lynn | Acceptace Notification | | Sat, 10/21/17 🗑 |
| Onboarding- | Message From Charter Communications | | Sat, 10/21/17 🗑 |
| Onboarding- | Important Notification | | Sat, 10/21/17 🗑 |
| Camp, Natalia I | Drug Screen Courtesy Reminder-Urgent | 📎 | Thu, 10/19/17 🗑 |
| CSS. Onboarding. | URGENT- Charter Drug Screen Expiration | | Wed, 10/18/17 🗑 |
| Onboarding- | Message from Charter Communications | | Tue, 10/17/17 🗑 |
| css.onboarding.g.. | Charter Onboarding has been completed. | | Tue, 10/17/17 🗑 |
| customerservice... | Lynda Derfert - Charter - Customer Operations | 📎 | Tue, 10/17/17 🗑 |
| Lynda Derfert | (2) CHARTER OFFER LETTER | | Tue, 10/17/17 🗑 |
| Onboarding- | Message From Charter Communications | | Tue, 10/17/17 🗑 |
| Onboarding- | Message from Charter Communications | | Tue, 10/17/17 🗑 |
| css.onboarding.g.. | CHARTER COMMUNICATIONS: NOTICE OF | | Tue, 10/17/17 🗑 |
| css.onboarding.g.. | Charter Communications Onboarding System | | Tue, 10/17/17 🗑 |
| css.onboarding.g.. | (2) Welcome to Charter Communications | | Tue, 10/17/17 🗑 |
| Wilcox, Melissa | Spectrum Interview Confirmation- | 📎 | Thu, 10/12/17 🗑 |
| Wilcox, Melissa | Spectrum Interview Confirmation- | 📎 | Fri, 9/29/17 🗑 |
| SpectrumRecruiti.. | (1) Thank you for completing the assessment! | | Wed, 9/20/17 🗑 |

ATTACHMENT #1

<< < 2

Select All    Date    ▼    Descending Order ▼    Apply    | >   >>

| | | | |
|---|---|---|---|
| | **Yahoo! Search** Sponsored | **Financial Planners - How They Can Help You** Explore financial help options now, all with a | 9 |
| ☐ | SpectrumRecruit.. ⑬ | Spectrum Recruiting - Status Update | Wed, 3/28/18 🗑 |
| ☐ | Spectrum ⑫ | Your candidate reference number - Spectrum. | Fri, 3/16/18 🗑 |
| ☐ | assessment_invit.. | Rep 1. Cust Svc Video Repair | Fri, 3/16/18 🗑 |
| ☐ | SpectrumRecruit.. | Thank you for completing the assessment | Mon, 2/5/18 🗑 |
| ☐ | Spectrum ⑪ | Your candidate reference number - Spectrum. | Mon, 2/5/18 🗑 |
| ☐ | assessment_invit.. | Rep 1. Cust Svc Video Repair | Mon, 2/5/18 🗑 |
| ☐ | SpectrumRecruit.. ⑩ | Spectrum Recruiting - Status Update | Thu, 1/18/18 🗑 |
| ☐ | SpectrumRecruit.. | Thank you for completing the assessment | Tue, 1/16/18 🗑 |
| ☐ | Spectrum | Your candidate reference number - Spectrum. | Tue, 1/16/18 🗑 |
| ☐ | Skrzynski, Dawn | NYS DOL Rapid Response Unit- Charter 📎 | Tue, 1/16/18 🗑 |
| ☐ | SpectrumRecruit.. | Thank you for completing the assessment | Fri, 1/12/18 🗑 |
| ☐ | C- | NEXT STEP - SPECTRUM JOB APPLICATION | Thu, 1/11/18 🗑 |
| ☐ | SpectrumRecruit.. | Spectrum Careers - Assessment Reminder | Thu, 1/11/18 🗑 |
| ☐ | Spectrum ⑨ | Your candidate reference number - Spectrum. | Wed, 1/10/18 🗑 |
| ☐ | assessment_invit.. | Rep 1. Cust Svc Internet/Voice | Wed, 1/10/18 🗑 |
| ☐ | SpectrumRecruit.. ⑧ | Thank you for completing the assessment | Sun, 12/3/17 🗑 |
| ☐ | SpectrumRecruit.. ⑦ | Spectrum Recruiting - Status Update | Fri, 11/10/17 🗑 |
| ☐ | Spectrum ⑥ | Your candidate reference number - Spectrum. | Fri, 11/10/17 🗑 |
| ☐ | assessment_invit.. | Rep 1. Cust Svc Video Repair | Fri, 11/10/17 🗑 |
| ☐ | SpectrumRecruit.. ⑤ | Spectrum Recruiting - Status Update | Thu, 11/9/17 🗑 |
| ☐ | CharterCommuni.. ④ | RE: Geninfo.com Form Submission | Applicant | Fri, 11/3/17 🗑 |
| ☐ | Lynn | [ No Subject ] 📎 | Thu, 11/2/17 🗑 |
| ☐ | Lynn | [ No Subject ] 📎 | Thu, 11/2/17 🗑 |
| ☐ | Lynn | Re Charter Communications - Response Needed 📎 | Thu, 11/2/17 🗑 |
| ☐ | New Hire/P/Subort.. ③ | Charter Communications - Response Needed for | Thu, 11/2/17 |

**GET A**
**BUSINES**

• Apply
  in 10 m

• Borrow
  $150,0

• Get yo
  in just

Loans subject to

App

☆ Citize






## CHARTER (1)

🖉 Compos

🔍 Search Mail

css.onboarding.group1charter.com
Charter Communications Onboarding System Access
Dear Lynda Derfert, The Charter Communications Onb...

Tue, 10/17/17



css.onboarding.group1charter.com
**Welcome to Charter Communications**
Dear Lynda Derfert, Congratulations and Welcome to ...

Tue, 10/17/17

Wilcox Melissa
Spectrum Interview Confirmation- CHEEKTOWAGA
Lynda: This email is your formal confirmation to ...

Thu, 10/12/17

Wilcox Melissa
Spectrum Interview Confirmation- CHEEKTOWAGA
Lynda: This email is your formal invitation to int...

Fri, 9/29/17

SpectrumRecruiting@charter.com
**Thank you for completing the assessment!**
Thank you for completing the assessment! Your resp...

Wed, 9/20/17

Previous

Rename

Delete

○          ★          🗑          🗀          🛇

Hi Lynn
Sign Out
Privacy | Terms  Help
**YAHOO!**
2018 Yahoo. All rights reserved.

ATTACHMENT #2



CHARTER (1)

🖉 Compos

🔍 Search Mail

| | | |
|---|---|---|
| Onboarding-Charter<br>Important Notification<br>1. To reset your password please select the follo... | | Sat, 10/21/17 |
| Camp, Natalia I<br>Drug Screen Courtesy Reminder Urgent<br>Good Morning. This is a courtesy reminder that you... | | Thu, 10/19/17 |
| CSS Onboarding Group<br>URGENT- Charter Drug Screen Expiration Reminder ******TIME SENSITIVE - Due by Thursday, 10/19/2017******<br>...re to. This is a reminder that you must schedule y... | | Wed, 10/18/17 |
| Onboarding-Charter<br>Message from Charter Communications Onboarding System<br>1. To log into your account, please click here. 2... | | Tue, 10/17/17 |
| css.onboarding.group1.charter.com<br>Charter Onboarding has been completed.<br>Dear Lynda Derfert, Thank you for completing the o... | | Tue, 10/17/17 |
| customerservice@escreen.com<br>Lynda Derfert - Charter - Customer Operations (CUSOP) Employment Screening Information<br>Please print and bring this attachment/s with any em... | | Tue, 10/17/17 |
| Lynda Derfert<br>CHARTER OFFER LETTER<br>10/17/2017 Charter Communications 400 Atlantic Str... | | Tue, 10/17/17 |
| Onboarding-Charter<br>Message From Charter Communications Onboarding System<br>Our records indicate that your Charter Communicati... | | Tue, 10/17/17 |
| Onboarding-Charter<br>Message from Charter Communications Onboarding System<br>1. To log into your account, please click here. 2... | | Tue, 10/17/17 |
| css.onboarding.group1.charter.com<br>CHARTER COMMUNICATIONS: NOTICE OF INTENT TO OBTAIN A CONSUMER REPORT<br>NOTICE OF INTENT TO OBTAIN A CONSUMER REPORT Pleas... | | Tue, 10/17/17 |

‹ Previous                                                                                          Next ›

Rename

Delete

○            ★            🗑            📤            ⊗

Hi Lynn

Sign Out



SMALL BUSINESS

CHARTER (1)

🔍 Search Ma:

✏ Compos

Lynn
[No Subject]
I'm not sure if the photo required for my access ba

💬 Thu 11/2/1

Lynn
[No Subject]
I'm not sure if the photo required for my access ba

💬 Thu 11/2/1

Lynn
Re: Charter Communications - Response Needed for Employment Identification Card

💬 Thu 11/2/1

NewHireID@charter.com
Charter Communications - Response Needed for Employment Identification Card
Dear Lynda Detert, We are excited that you will

🔑 💬 Thu 11/2/1

CharterCommunications
RE: Genarfc.com Form Submission - Applicant Inquiry
Hello, Your background check is currently in proce

Mon. 10/30/1

Onboarding-Charter
Message From Charter Communications Onboarding System
Our records indicate that your Charter Communicat

Sat. 10/28/1

Onboarding-Charter
Important Notification
1. To reset your password please select the follow

Sat. 10/28/1

Wilcox, Melissa
RE: Acceptace Notification
Hello Lynda, The background check takes a minimum

Mon. 10/23/1

Lynn
Acceptace Notification
Hello Melissa this is Lynda Detert and I am inqui

Sat. 10/21/1

Onboarding-Charter
Message From Charter Communications Onboarding System
Our records indicate that your Charter Communicat

Sat. 10/21/1

‹ Previous                                                                    Next

Rename

Delete

○          ★          🗑          📤          🛡

Hi Lynn
Sign Out

# YAHOO!
SMALL BUSINESS

CHARTER (1)

Compos

Q Search Mail

D-Corinne Griffin1charter.com
NEXT STEP - SPECTRUM JOB APPLICATION **PLEASE READ***
Please have the online skills assessment using the

Thu 1/11/18

Spectrum Recruiting@Charter.com
Spectrum Careers - Assessment Reminder
Rep 1, Cust Svc Internet/Voice 2705CIBR Lynds: Thu

Thu 1/11/18

(9) Spectrum
Your candidate reference number - Spectrum
Lynds, you are officially in the system! We have b

Wed 1/10/18

assessment_invitation@ttm.brassring.com
Rep 1, Cust Svc Internet/Voice
At Spectrum our goal is to help candidates find t

Wed 1/10/18

(8) SpectrumRecruiting@charter.com
Thank you for completing the assessment!
Thank you for completing the assessment. Your resp

Sun, 12/3/17

(7) SpectrumRecruiting@charter.com
Spectrum Recruiting - Status Update
Lynds, Thank you for your interest in Spectrum and

Fri, 11/10/17

(6) Spectrum
Your candidate reference number - Spectrum
Lynds, you are officially in the system! We have b

Fri, 11/10/17

assessment_invitation@ttm.brassring.com
Rep 1, Cust Svc Video Repair
At Spectrum our goal is to help candidates find t

Fri, 11/10/17

(5) SpectrumRecruiting@charter.com
Spectrum Recruiting - Status Update
Lynds, I appreciate the time you have invested in

Thu, 11/9/1

(4) Charter Communications
RE: Geninfo.com Form Submission  Applicant Inquiry
Hello Your background check completed as of 10:30

Fri, 11/3/1

‹ Previous                                                                            Next

Rename

Delete

O          ★          🗑          📁          ⊘

Hi Lynn
Sign Out



Spectrum
Your candidate reference number - Spectrum.

Fri 3/16/

assessment_invitation@crm.brassring.com
Rep 1, Cust Svc Video Repair

Fri 3/16/

SpectrumRecruiting@charter.com
Thank you for completing the assessment!

Mon, 2/5/

Spectrum
Your candidate reference number - Spectrum

Mon, 2/5/

assessment_invitation@crm.brassring.com
Rep 1, Cust Svc Video Repair

Mon, 2/5/

SpectrumRecruiting@charter.com
Spectrum Recruiting - Status Update

Thu, 1/18/

SpectrumRecruiting@charter.com
Thank you for completing the assessment!

Tue 1/16/

Spectrum
Your candidate reference number - Spectrum

Tue 1/16/

Skrzynski, Dawn (LABOR)
NYS DOL Rapid Response Unit- Charter Spectrum Interview Event for Customer Service 1/17/18 ERIE COUNTY JOBS

Tue 1/16/

SpectrumRecruiting@charter.com
Thank you for completing the assessment!

Fri 1/12/

Next

Rename

Delete

Hi, Lynn

Sign Out

Privacy  Terms | Help

YAHOO!

ATTACHMENT 3

0431500047



PO Box 25902
Overland Park, KS 66225-5902
(800) 881-0722

Lab Acct #: C1266703

# Custody Control Form
## 92517640



**Lab ID:** ALERE
**Lab Panel ID:** 1200
**Lab Acct #:** C1266703
**Panels:** 5 PANEL STANDARD (1200)



Lab Address:
450 Southlake Blvd
Richmond, VA 23200

---

 Company Account: 126670-3

**STEP 1.**

**Charter - Customer Operations (CUSOP)**
7820 Crescent Executive Dr, Charlotte NC 28217
877-892-4372
HR Representative

**Medical Review Officer**
Dr. Stephen Kracht
Dr. Stephen Kracht
8140 Ward Parkway
Kansas City MO 64114

---

**Step 2.   TO BE COMPLETED BY COLLECTOR**
Specimen temperature for urine specimens must be read within 4 minutes of collection.

Specimen temperature within range:  Yes

Verified Donor ID  ☑

**Step 3.  TO BE COMPLETED BY COLLECTOR AND DONOR**

Collector affixes bottle seal on specimen.

Type:

☑ Urine   ☐ Oral   ☐ Blood   ☐ Hair   ☐ Breath   ☐ Split Specimen

---

**STEP 4.   Reason For Test:**

☑ Pre-employment   ☐ Return To Duty   ☐ Promotion   ☐ Periodic Medical   ☐ Random   ☐ Diversion

☐ Post Accident   ☐ Follow Up   ☐ Transfer   ☐ Reasonable suspicion/cause   ☐ Other _____

---

**Step 5.   TO BE VERIFIED BY DONOR**

| 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 | 11/20/1968 | 7162548101 | Not Provided | 698617757 |
|---|---|---|---|---|
| **Donor SSN** | **Date of Birth** | **Daytime Phone Number** | **Evening Phone Number** | **Drivers License** |

I certify that I provided my specimen to the collector, that I have not adulterated it in any manner, that the specimen bottle used was sealed with a tamper-evident seal in my presence, and that the information provided on this form and on the label affixed to the specimen bottle is correct.  I hereby authorize the collector and testing service or laboratory (specifically including, but not limited to, eScreen, Inc.) to release the results of the test to the Company/Employer or their Designee.

Lynda Derfert

| Lynda Derfert | 10/19/2017  11:08 AM | |
|---|---|---|
| **Donor's Name** | **Date & Time** | **Signature of Donor** |

---

**Step 6.   TO BE VERIFIED BY COLLECTOR**

Name of Collection Site, Address, City, ST, Zip
Pulse Occ Medicine - Cheektowaga
5014 TRANSIT RDLocated Inside Immediate Care
DEPEW NY 14043

Collection Site ID
27458

I certify that the specimen identified on this form is the specimen presented to me by the donor providing the certification on Step 5 of this custody control form, that it bears the same specimen identification number as that set forth above, and that it has been collected, labeled and sealed in accordance with applicable requirements

| Lisa Kowal | 10/19/2017  11:08 AM | |
|---|---|---|
| **Collector's Name** | **Date & Time** | **Signature of Collector** |

Remarks:

---

**Step 7.   LAB RECEIVED**        Seal Intact: ☐ Yes   ☐ No

**Shipper:** FED EX

| | Date & Time | Specimen Bottle(s) Released To |
|---|---|---|
| **Signature** | | |

---

ORIGINAL MUST ACCOMPANY SPECIMEN TO LABORATORY

ATTACHMENT # 4

# §754. Written statement upon denial of license or employment.

At the request of any person previously convicted of one or more criminal offenses who has been denied a license or employment, a public agency or private employer shall provide, within thirty days of a request, a written statement setting forth the reasons for such denial.

*I WAS NEVER GIVEN A REASON AT ALL,* VERBALLY, EMAIL, NOR WRITTEN.

# §755. Enforcement.

(1) In relation to actions by public agencies, the provisions of this article shall be enforceable by a proceeding brought pursuant to article seventy-eight of the civil practice law and rules. (2) In relation to actions by private employers, the provisions of this article shall be enforceable by the division of human rights pursuant to the powers and procedures set forth in article fifteen of the executive law, and, concurrently by the New York City

## Notarization of Complaint

Based on the information contained in this form, I charge the herein named respondent(s) with an unlawful discriminatory practice, in violation of the New York State Human Rights Law.

By filing this complaint, I understand that I am also filing my employment complaint with the United States Equal Employment Opportunity Commission under the Americans With Disabilities Act (covers disability related to employment), Title VII of the Civil Rights Act of 1964, as amended (covers race, color, religion, national origin, sex relating to employment), and/or the Age Discrimination in Employment Act, as amended (covers ages 40 years of age or older in employment). This complaint will protect my rights under federal law.

I hereby authorize the New York State Division of Human Rights to accept this complaint on behalf of the U.S. Equal Employment Opportunity Commission, subject to the statutory limitations contained in the aforementioned law.

I have not filed any other civil action, nor do I have an action pending before any administrative agency, under any state or local law, based upon this same unlawful discriminatory practice.
**PLEASE INITIAL** _____

I swear under penalty of perjury that I am the complainant herein; that I have read (or have had read to me) the foregoing complaint and know the contents of this complaint; and that the foregoing is true and correct, based on my current knowledge, information, and belief.

_____
Sign your full legal name

KEVIN J. KISLOSKI
Notary Public, State of New York
Qualified in Erie County
Reg. No. 01KI6347405
My Commission Expires 09/06/2020

Subscribed and sworn before me
This ___ day of _____ , 20__

_____
Signature of Notary Public

County: _____    Commission expires: _____

*Please note: Once this form is completed, notarized, and returned to the New York State Division of Human Rights, it becomes a legal document and an official complaint with the Division.*

4
Complaint