

**ANDREW M. CUOMO**
Governor

**JOHNATHAN J. SMITH**
Interim Commissioner

July 31, 2020

      Re:    Lynda M. Derfert v. Charter Communications, Inc.
                Case No. 10195081

To the parties listed below:

The preliminary conference scheduled for August 4, 2020 is adjourned as directed by the United States District Court for the Western District of New York. Any further proceedings before this tribunal are stayed until the Division receives further instruction from the court.

                Very truly yours,

                *Martin Erazo, Jr.*

                Martin Erazo, Jr.
                Administrative Law Judge

TO: (by email)

Complainant
Lynda M. Derfert
212 Como Park Boulevard
Cheektowaga, NY 14227
Hayleylynn2000@yahoo.com

Respondent
Charter Communications, Inc.
Attn: CEO/Legal Department
12405 Powerscourt Drive
Saint Louis, MO 63131
ashley.hale@morganlewis.com

Respondent Secondary Address
Charter Communications, Inc.
Attn: CEO/Legal Department
Counsel's Office, 7820 Crescent Executive Drive
Charlotte, NC 28217
ashley.hale@morganlewis.com

Respondent Attorney
John T. Midgett, Esq.
Charter Communications, LLC (a subsidiary of Charter Communications, Inc.)
400 Atlantic Street
Stamford, CT 06901
ashley.hale@morganlewis.com

Respondent Attorney
Ashley Hale, Esq.
Morgan Lewis & Bockius, LLP
101 Park Avenue
New York, NY 10178
ashley.hale@morganlewis.com

DHR Hearing Attorney
Neil L. Zions
New York State, Division of Human Rights
65 Court Street, Suite 506
Buffalo, NY 14202
Neil.Zions@dhr.ny.gov