UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

CHARTER COMMUNICATIONS, INC.,

       Petitioner,

– v –

LYNDA M. DERFERT,

       Respondent,

– and –

NEW YORK STATE DIVISION OF HUMAN RIGHTS,

       Respondent-Intervenor.

Case 1:20-cv-00915-GWC

## DECLARATION OF SERVICE

    I, Erin Sobkowski, declare, pursuant to 28 U.S.C. § 1746 and subject to the penalties of perjury, as follows:

    1. I am an attorney admitted to the bar of this Court and am a Senior Attorney with the Office of the General Counsel of the New York State Division of Human Rights (NYSDHR), counsel for Respondent-Intervenor New York State Division of Human Rights in the above-captioned matter.

    2. On August 19, 2020, I caused the following documents to be served on Respondent Lynda M. Derfert ("Respondent"), using the email address hayleylynn2000@yahoo.com, and address, 212 Como Park Boulevard Cheektowaga, NY 14227:

a. NYSDHR's Notice of Appearance;

b. NYSDHR's Motion to Dismiss, together with the supporting memorandum of law and Declaration of Erin Sobkowski;

Executed on August 19, 2020

_____
Erin Sobkowski
New York State Division of Human Rights
Office of General Counsel
65 Court Street, Suite 506
Buffalo, New York 14202
(716) 847-7679